IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 20 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| MARK MAHAN and WENDY MAHAN, and NORMAN MAHAN and MARY MAHAN, LINDA LINDSAY, SANDRA GREENE for the ESTATE OF ROGER GREENE and SANDRA GREENE, in her own behalf, and JESSE FREY and SUSAN FREY | PLAINTIFFS |
| v.   Case No. 4:13-cv-00184-JLH | |
| CHESAPEAKE OPERATING, INC. and BHP BILLITON PETROLEUM (FAYETTVILLE) LLC | DEFENDANTS |

## ORDER

Before the Court is Plaintiffs' Motion for Voluntary Dismissal. The motion represents Defendants do not oppose the motion. Upon consideration, the Court finds the motion should be and hereby is granted. Plaintiffs' claims are hereby dismissed with prejudice.

IT IS SO ORDERED, this 20th day of March, 2014.

_____
Hon. J. Leon Holmes
U.S. District Court